# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTRAND GINES, an individual | CASE NO. 09-CV-2866-JM-POR |
| Plaintiff, | ORDER ALLOWING AMENDMENT TO COMPLAINT |
| v. | [Docket No. 20] |
| SAN DIEGO METROPOLITAN TRANSIT SYSTEM; SAN DIEGO TROLLEY, INC.; SAN DIEGO TRANSIT CORPORATION; HERITAGE SECURITY SERVICES (A.K.A. TRANSIT SYSTEMS SECURITY); ALBERT MOYA, an individual; MICHAEL VACCARIELLO, an individual; RICHARD SHIRLEY, an individual; ABALOYAN SABAS, an individual; TRANSIT SYSTEMS SECURITY SUPERVISOR [name unknown], an individual; and DOES 1 through 50, Inclusive, | Hearing Date: March 16, 2010<br>Time: 10:00 a.m. |
| Defendants. | Courtroom: 16<br>Judge: Hon. Jeffrey T. Miller<br>Action Filed: December 3, 2009 |

   WHEREAS the parties have entered into the Stipulation for Amendment to the Complaint to allow Plaintiff, BERTRAND GINES, to substitute BENIGNO ABALOYAN SABAS for "DOE 1" and ROBERT SHIREY for "DOE 2."

   GOOD CAUSE NOW APPEARING:

1     IT IS HEREBY ORDERED that Plaintiff, BERTRAND GINES, be allowed to file
2  his amendment to the complaint, a copy of which was attached to plaintiff's request for
3  order allowing amendment to the complaint.
4     IT IS SO ORDERED.
5     DATED: March 8, 2010

                                            _____
                                            Hon. Jeffrey T. Miller
                                            United States District Judge